IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRYANT FILTER,                )
    Petitioner,           )
                          )
    v.                    )   Civil Action No. 10-902
                          )    (Criminal No. 09-301)
UNITED STATES OF AMERICA,)
    Respondent.           )

## ORDER

AND NOW, this 7th day of May, 2010, the Court, having received petitioner's motion to vacate [document #54 at Criminal No. 09-301], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before August 9, 2010.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before August 24, 2010.

                        BY THE COURT:

                        s/Gary L. Lancaster_____, C.J.
                        Hon. Gary L. Lancaster,
                        Chief United States District Judge

cc:    Bryant R. Filter, #30354-068
       FCI-Milan
       P.O. Box 1000
       Milan, MI 48160

       Paul E. Hull,
       Assistant United States Attorney